UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIT P. JORY<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF AMERICA, N.A.; CALIBER HOME LOANS, INC.; SUMMIT MANAGEMENT COMPANY, LLC; DOES 1-20 inclusive,<br><br>　　　　Defendants. | Case No. 1:16-cv-00941-DAD-MJS<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANTS CALIBER HOME LOANS, INC. AND SUMMIT MANAGEMENT COMPANY, LLC** |

PURSUANT TO STIPULATION, **IT IS ORDERED** that all claims against Defendants Caliber Home Loans, Inc. and Summit Management Company LLC are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:　January 24, 2017　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE