UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIT P. JORY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CALIBER HOMES LOANS, INC.;<br>SUMMIT MANAGEMENT COMPANY,<br><br>　　　　　Defendants. | No. 1:16-cv-000941-DAD-MJS<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. No. 25) |

On January 19, 2017, the court issued an order requiring the parties to show cause why sanctions should not be imposed due to their failure to file dispositional documents in this action. (Doc. No. 25.)  The order provided that, alternatively, counsel could file the dispositional documents.  (*Id*. at 2.)  On January 23, 2017 the parties filed a stipulation of dismissal and the court closed the case the following day.  (Doc. Nos. 26 and 27.)  On February 1, 2017, the parties responded to the order to show cause, apologizing "for the mistake in not apprising the Court of the need for additional time to file the dispositive documents."  (Doc. No. 28 at 3.)  Accordingly, the January 19, 2017 order to show cause (Doc. No. 25) is hereby discharged.

IT IS SO ORDERED.

Dated: **February 2, 2017**

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dale A. Drozd*
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1